IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRY CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-2446-M (BF) |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, | § § § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 21, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court treats Defendants' Motion to Dismiss (Doc. 5) as a motion for summary judgment, which is hereby **GRANTED**. All of Plaintiff's claims and causes of action against Defendants are **DISMISSED** with prejudice. Plaintiff is denied leave to amend, this case having been resolved on summary judgment.

**SO ORDERED** this 19th day of March, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS